

FILED
CLERK, U.S. DISTRICT COURT
JUN 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lualhati Colgrove DEFENDANT(S). | CASE NUMBER CR07-389-VBF ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Government__, IT IS ORDERED that a detention hearing is set for __June 10__, __2008__, at __9:30__ ☑a.m. / ☐p.m. before the Honorable __Charles Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

The court having determined that there is sufficient evidence that the Defendant is unlikely to abide by the conditions of her release, after the Defense declined to address this issue.

Dated: __6/9/08__

U.S. District Judge/Magistrate Judge

---
**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)  Page 1 of 1